

*243987*

UNITED STATES DISTRICT COURT
Southern District of California
Docket number 15cv2167-BAS-NLS

Pouya Abdolrasoul

Plaintiff,

vs.

Mohela,

Defendant,

_____/

AFFIDAVIT OF SERVICE

I, Mark Wilcox affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 10/06/2015 at 2:46 PM, I served copies of the Summons and Complaint Personally upon **Mohela** as articulated below.

By delivering a copy to **Don Bertier** personally; **Director of Info Tech** thereof, an authorized person to accept service of process.

Said service was effected at: **633 Spirit Drive, Chesterfield, MO63017**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male** Race: **White** Hair: **Black** Age; **45** Height: **6'3"** Weight: **280**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_____
Mark Wilcox

The foregoing affidavit sworn and subscribed before me today, October 12, 2015

_____   _____   _____
Bridget Desimone      Marybeth Rice         Corey Stage

[Notary Seal: MARYBETH RICE, My Commission Expires 3/31/2019, NOTARY PUBLIC, NOTARY SEAL 15634446, St. Louis City, STATE OF MISSOURI]