**THOMPSON COBURN LLP**
**HELEN B. KIM (SBN 138209)**
hkim@thompsoncoburn.com
2029 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310.282.2500
Facsimile: 310.282.2501

Attorneys for Defendant MOHELA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POUYA ABDOLRASOUL, an individual, on behalf of himself and other similarly situated people,<br><br>Plaintiffs,<br><br>vs.<br><br>MOHELA, a non-profit corporation; and DOES 1-100,<br><br>Defendants. | CASE NO. 3:15-cv-02167-BAS-NLS<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>The Hon. Cynthia Bashant |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant MOHELA hereby certifies that MOHELA, a private non-governmental party, has no publicly-held corporate parents, affiliates or subsidiaries.

DATED: October 22, 2015    **THOMPSON COBURN LLP**


By: ___s/ Helen B. Kim___
**HELEN B. KIM**
Attorneys for Defendant MOHELA
E-mail: hkim@thompsoncoburn.com

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 1900, Los Angeles, CA 90067.

On October 22, 2015, I served true copies of the following document(s) described as **CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 22, 2015, at Los Angeles, California.

_____
Michelle Wessman

**SERVICE LIST**
*Pouya Abdolrasoul v. MOHELA*
**3:15-cv-02167-BAS-NLS**

| | |
|---|---|
| Alex Asil Mashiri, Esq.<br>Mashiri Law Firm<br>11251 Rancho Carmel Drive<br>Suite 500694<br>San Diego, CA  92150<br>Telephone:  858.348.4938<br>Facsimile:  858-348-4939<br>Email:  alexmashiri@yahoo.com | Attorneys for Plaintiff |
| Thomas D. Rutledge, Esq.<br>Law Office of Thomas D. Rutledge<br>3555 Fifth Avenue, Suite 203<br>San Diego, CA  92103<br>Telephone:  619-866-7224<br>Facsimile:  619-259-5455<br>Email:  thomasrutledgelaw@gmail.com | Attorneys for plaintiff |