# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POUYA ABDOLRASOUL, *on behalf of himself and other similarly situated people*,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHELA,<br><br>　　　　　　　　Defendant. | Case No.  15-cv-02167-BAS(NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 20) |

　　　　Presently before the Court is a joint motion to dismiss this entire action with prejudice as to Plaintiff and without prejudice as to the claims of the putative class. Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion (ECF No. 20) and **DISMISSES** this action with prejudice as to Plaintiff and without prejudice as to the claims of the putative class. Each party shall bear its own attorneys' fees, expenses, and costs.

　　　　**IT IS SO ORDERED.**

DATED: March 31, 2016

Hon. Cynthia Bashant
United States District Judge